IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOLTA US LTD., | ) | CASE NO. 23-70042-JHH |
| | ) | |
| Debtor, | ) | CHAPTER 11 |
| | | |
| GENE KOHUT, | ) | |
| LIQUIDATING TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | A.P. NO. 24-70043-JHH |
| | ) | |
| WARCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER OF WARCO, INC.

**COME NOW** the Defendant, Warco, Inc. ("Warco") by and through their undersigned counsel and submit this Answer to the Complaint filed by Gene Kohut, Liquidating Trustee, as follows:

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Warco does not have any information to either admit or deny this statement. Therefore, this statement is denied.

9. Warco denies this allegation and demands strict proof thereof.

10. Warco denies this allegation and demands strict proof thereof.

11. Warco denies this allegation and demands strict proof thereof.

12. Warco denies this allegation and demands strict proof thereof.

13. Warco denies this allegation and demands strict proof thereof.

14. Warco denies this allegation and demands strict proof thereof.

### Section 547 (Preferential Transfer)

15. Admitted, but denies any allegations previously denied.

16. Warco denies this allegation and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

1. Estoppel

2. Ordinary Course of Business

3. New Value

4. Defendant asserts that it was a critical vendor at the time that the alleged transfers were made.

5. Defendant reserves the right to amend its Affirmative Defenses

Respectfully submitted this _24th___ day of March, 2025.

/s/ Steven D. Altmann_____
Steven D. Altmann
Attorney for Warco, Inc.

**OF COUNSEL:**
The Nomberg Law Firm
3940 Montclair Road, Ste 401
Birmingham, AL 35213
(205) 882-5005
steve@nomberglaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on __March 24, 2025___ a true and correct copy of the foregoing was filed electronically through the Court's ECF filing system notifying all counsel of record, and a copy was mailed via U.S. Mail to the following parties:

Stuart M. Maples
Ronald G. Steen, Jr.
Thompson Burton, PLLC
200 Clinton Avenue West, Ste 1000
Huntsville, AL 35801
smaples@thompsonburton.com
ronn.steen@thompsonburton.com

                                            /s/ Steven D. Altmann_____
                                            Steven D. Altmann